UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2-Way Computing, Inc.,

   Plaintiff,

vs.

Sprint Nextel Corporation and Sprint Solutions, Inc.,

   Defendant(s).

Case # 2:11-cv-00012-JCM-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____K. James Sangston_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __6057 Grand Forest Court, Norcross__
                       (city)
__Gwinnett__, __Georgia__
(county)    (state)

2. That Petitioner is an attorney at law and a member of the law firm of
__Kilpatrick Townsend & Stockton LLP__ with offices at
__1100 Peachtree Street, Suite 2800__,
__Atlanta__ (street address), __30309__, __(404) 815-6500__
(city)    (zip code)    (area code + telephone number)
__jsangston@kilpatricktownsend.com__
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by Sprint Nextel Corporation and Sprint Solutions, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Georgia (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Georgia | August 2004 | 626171 |
| Court of Appeals of Georgia | August 2004 | |
| US Court of Appeals, Federal Circuit | January 2011 | |
| Supreme Court of Georgia | April 2006 | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Not applicable.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

State of Georgia

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 30, 2009 | Georgia-Pacific v. Nextep | USDC, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ___Georgia___ )
)
COUNTY OF ___Fulton___ )

___K. James Sangston___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 14th day of April, 2011

_____
Notary public or Clerk of Court

[Notary Seal: Susan M Moore, Notary Public, Rockdale County, Georgia, Commission Expires October 20, 2013]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Chad Fears___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Snell & Wilmer, 3883 Howard Hughes Parkway, Suite 1100, Las Vegas NV 89169
(702) 784-5258

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Chad Fears_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____ - Sprint Nextel Corp.
(Party signature)

_____ - Sprint Solutions Inc.
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  6970
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | SNELL & WILMER |
| 2 | Greg Brower<br>Nevada Bar No. 5232 |
| 3 | Chad R. Fears<br>Nevada Bar No. 6970 |
| 4 | 3883 Howard Hughes Parkway<br>Suite 1100 |
| 5 | Las Vegas, Nevada 89169<br>Tel:    (702) 784-5200 |
| 6 | Fax:   (702) 784-5252<br>Email: gbrower@swlaw.com |
| 7 | |
| 8 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 9 | William H. Boice<br>K. James Sangston |
| 10 | Matthew M. Lubozynski<br>1100 Peachtree Street, Suite 2800 |
| 11 | Atlanta, GA  30309-4528<br>Tel: 404 815-6500 |
| 12 | Fax: 404 815-6555<br>bboice@kilpatricktownsend.com |
| 13 | jsangston@kilpatricktownsend.com<br>mlubozynski@kilpatricktownsend.com |
| 14 | Steven D. Moore |
| 15 | 1001 West Fourth St.<br>Winston-Salem NC 27101-2400 |
| 16 | Tel: 336 607 7300<br>Fax: 336 607 7500 |
| 17 | smoore@kilpatricktownsend.com |
| 18 | Kristopher L. Reed<br>Suite 600 |
| 19 | 1400 Wewatta Street<br>Denver, CO,USA, 80202 |
| 20 | Tel: 303 571 4000<br>Fax: 303 571 4321 |
| 21 | kreed@kilpatricktownsend.com |
| 22 | Attorneys for Defendant,<br>SPRINT SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, Inc. a Nevada corporation,<br><br>                      Plaintiff,<br><br>        v.<br><br>SPRINT NEXTEL CORPORATION, a | Case No. 2:11-cv-00012-JCM-PAL<br><br>**DECLARATION OF K. JAMES SANGSTON IN SUPPORT OF CORRECTED** VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE |

- 1 -

| | |
|---|---|
| Kansas corporation, and SPRINT SOLUTIONS, INC., a Delaware corporation, Defendants. | ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |

I, K. James Sangston, do hereby declare as follows:

1. I am an attorney at the law firm of Kilpatrick Townsend & Stockton, LLP and represent Defendants Sprint Nextel Corp. and Sprint Solutions, Inc. (collectively "Sprint") in this action.

2. I submit this declaration in support of my corrected Verified Petition for Permission To Practice in this Case Only by Attorney Not Admitted to the Bar of this Court ("Corrected Petition").

3. On March 24, 2011, I submitted a Verified Petition for Permission To Practice in this Case Only by Attorney Not Admitted to the Bar of this Court (Docket No. 23, hereafter "Original Petition").

4. It has come to my attention that the attachment to my Original Petition mistakenly included information regarding applications to appear as counsel under LR IA 10-2 that were (1) filed more than three years before the Original Petition; (2) filed by attorneys in offices other than my office location (*i.e.*, the Atlanta offices of Kilpatrick Townsend & Stockton LLP); and/or (3) were not actually applications to appear as counsel, but instead orders granting previously listed applications to appear as counsel.

5. The Corrected Petition consists of the Original Petition with a corrected Paragraph 9 that includes only that information required under LR IA 10-2 and excludes the attachment mistakenly submitted with the Original Petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2011 | Respectfully submitted, |
| 2 | | By: _____ |
| | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | William H. Boice (*Pro Hac Vice* to be filed) |
| | | K. James Sangston (*Pro Hac Vice* to be filed) |
| 4 | | Matthew M. Lubozynski (*Pro Hac Vice* to be filed) |
| | | 1100 Peachtree Street, Suite 2800 |
| 5 | | Atlanta, GA 30309-4528 |
| | | Tel: 404 815-6500 |
| 6 | | Fax: 404 815-6555 |
| | | bboice@kilpatricktownsend.com |
| 7 | | jsangston@kilpatricktownsend.com |
| | | mlubozynski@kilpatricktownsend.com |

KILPATRICK TOWNSEND & STOCKTON LLP
Steven D. Moore (*Pro Hac Vice* to be filed)
1001 West Fourth St.
Winston-Salem NC 27101-2400
Tel: 336 607 7300
Fax: 336 607 7500
smoore@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Kristopher L. Reed (admitted *Pro Hac Vice*)
Suite 600
1400 Wewatta Street
Denver, CO,USA, 80202
Tel: 303 571 4000
Fax: 303 571 4321
kreed@kilpatricktownsend.com

SNELL & WILMER
Greg Brower
Nevada Bar No. 5232
Chad R. Fears
Nevada Bar No. 6970
SNELL & WILMER
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Tel:    (702) 784-5200
Fax:   (702) 784-5252
Email: gbrower@swlaw.com


Attorneys for Defendant SPRINT SOLUTIONS, INC.

- 3 -