1  **SNELL & WILMER**
   Greg Brower (Nevada Bar No. 5232)
2  Kelly Dove (Nevada Bar No. 10569)
   3883 Howard Hughes Parkway
3  Suite 1100
   Las Vegas, Nevada 89169
4  Tel:   (702) 784-5200
   Fax:   (702) 784-5252
5  Email: gbrower@swlaw.com
          kdove@swlaw.com
6
   **KILPATRICK TOWNSEND & STOCKTON LLP**
7  Steven D. Moore (*Pro Hac Vice*)
   Kristopher L. Reed (*Pro Hac Vice*)
8  Christopher Schenck (*Pro Hac Vice*)
   1100 Peachtree Street, Suite 2800
9  Atlanta, GA  30309-4528
   Tel:   (404) 815-6500
10 Fax:   (404) 815-6555
   Email: smoore@kilpatricktownsend.com
11         kreed@kilpatricktownsend.com
           cschenck@kilpatricktownsend.com
12
   *Counsel for Defendants*
13
                    **IN THE UNITED STATES DISTRICT COURT**
14                       **FOR THE DISTRICT OF NEVADA**

15 | 2-WAY COMPUTING, Inc. a Nevada corporation, | |
   |---|---|
16 | Plaintiff, | |
17 | v. | Case No. 2:11-cv-00012-JCM-PAL |
18 | SPRINT SOLUTIONS, INC., a Delaware corporation; NEXTEL FINANCE COMPANY, a Delaware corporation; SPRINT UNITED MANAGEMENT COMPANY, a Kansas corporation; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL BOOST OF CALIFORNIA, LLC, a Delaware limited liability company, and NEXTEL COMMUNICATIONS, INC., a Delaware corporation, | **DEFENDANTS' RESPONSE TO 2-WAY COMPUTING, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF MICHELE M. RILEY** |
   | Defendants. | |
   | AND RELATED COUNTERCLAIM | |

In its most-recent Notice of Supplemental Authority, 2-Way argues that "Defendants failed to show that the $5 base for the infringing iDEN PTT service covers any non-infringing feature, let alone several non-infringing features with 'no relation' to the patented feature." Notice at 3.  In doing so, 2-Way ignores the Court's prior ruling that the QChat PTT products—which are the subject of the same $5 charge as the iDEN PTT products—do not infringe.  Accordingly, it cannot be the case that the $5 charge only covers infringing features as 2-Way suggests.

The new case 2-Way cites, *Astrazeneca AB v. Apotex Corp.*, No. 2014-1221 (Fed. Cir. April 7, 2015), does nothing to change the requirement that a damages expert must at least attempt to apportion the value to the patented features.  2-Way's expert Ms. Riley made no such attempt.  Under the controlling law, including *Astrazeneca*, her damages opinion is fatally flawed and should be excluded.

Dated: April 20, 2015                                        Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

*s/Christopher Schenck*
Christopher Schenck (*Pro Hac Vice*)
cschenck@kilpatricktownsend.com
1420 Fifth Avenue, Suite 4400
Seattle, WA 98101
Tel:    (206) 467-9600
Fax:    (206) 623-6793

Steven D. Moore (*Pro Hac Vice*)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Tel:    (415) 576-0200
Fax:    (415) 576-0300

Kristopher L. Reed (*Pro Hac Vice*)
kreed@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver , CO 80202
Tel:    (303) 571-4000
Fax:    (303) 571-4321

1
2
3
4
5
6
7
8
9
10
11

**SNELL & WILMER LLP**

Greg Brower (Nevada Bar No. 5232)
gbrower@swlaw.com
Kelly Dove (Nevada Bar No. 10569)
kdove@swlaw.com
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Tel:    (702) 784-5200
Fax:    (702) 784-5252

***Counsel for Defendants***
*Sprint Solutions, Inc., Nextel Finance Company, Sprint United Management Company, Nextel of California, Inc., Nextel Boost of California, LLC, and Nextel Communications, Inc.*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO 2-WAY COMPUTING, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF MICHELE M. RILEY** by the method indicated:

| | |
|---|---|
| \_\_\_XXX\_\_\_ | by the Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Electronic Mail |
| _____ | by Federal Express |
| _____ | by Hand Delivery |

Mark Borghese, Esq.
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Phone: (702) 382-4804
Fax: (702) 382-4805
Email: mark@borgheselegal.com

*Counsel for Plaintiff*

Paul A. Stewart, Esq.
Irfan A. Lateef, Esq.
Cheryl T. Burgess, Esq.
Knobbe Martens Olson & Bear LLP
2040 Main St, 14th Floor
Irvine, CA 92614
Email: paul.stewart@kmob.com
Email: ilateef@kmob.com
Email: cheryl.burgess@kmob.com

*Counsel for Plaintiff*

DATED: April 20, 2015         */s/ Christopher Schenck*
                              Christopher Schenck