**SNELL & WILMER**
Greg Brower (Nevada Bar No. 5232)
Kelly Dove (Nevada Bar No. 10569)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Tel:  (702) 784-5200
Fax:  (702) 784-5252
Email:   gbrower@swlaw.com
         kdove@swlaw.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
Steven D. Moore (*Pro Hac Vice*)
Kristopher L. Reed (*Pro Hac Vice*)
Christopher Schenck (*Pro Hac Vice*)
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
Tel:  (404) 815-6500
Fax:  (404) 815-6555
Email:   smoore@kilpatricktownsend.com
         kreed@kilpatricktownsend.com
         cschenck@kilpatricktownsend.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, Inc. a Nevada corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SPRINT SOLUTIONS, INC., a Delaware corporation; NEXTEL FINANCE COMPANY, a Delaware corporation; SPRINT UNITED MANAGEMENT COMPANY, a Kansas corporation; NEXTEL OF CALIFORNIA, INC., a Delaware corporation; NEXTEL BOOST OF CALIFORNIA, LLC, a Delaware limited liability company, and NEXTEL COMMUNICATIONS, INC., a Delaware corporation,<br><br>                    Defendants.<br>AND RELATED COUNTERCLAIM | Case No. 2:11-cv-00012-JCM-PAL<br><br>**DEFENDANTS' MOTION TO WITHDRAW WILLIAM H. BOICE, MATTHEW M. LUBOZYNSKI, AND K. JAMES SANGSTON AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

US2008 7232051 1

1

Defendants, by and through their undersigned counsel, respectfully request, pursuant to

2

Local Rule 10-b(6), leave of the Court to withdraw William H. Boice, Matthew M. Lubozynski,

3

and K. James Sangston as counsel of record.

4

Dated: July 24, 2015                                    Respectfully submitted,

5

6

**KILPATRICK TOWNSEND & STOCKTON LLP**

7

8

*s/ Christopher Schenck*

Steven D. Moore (*Pro Hac Vice*)

9

smoore@kilpatricktownsend.com

Kristopher L. Reed (*Pro Hac Vice*)

10

kreed@kilpatricktownsend.com

Christopher Schenck (*Pro Hac Vice*)

11

cschenck@kilpatricktownsend.com

1100 Peachtree Street, Suite 2800

12

Atlanta, GA  30309-4528

13

Tel:    (404) 815-6500

Fax:    (404) 815-6555

14

15

**SNELL & WILMER LLP**

16

Greg Brower (Nevada Bar No. 5232)

gbrower@swlaw.com

17

Kelly H. Dove (Nevada Bar No. 10569)

kdove@swlaw.com

18

3883 Howard Hughes Parkway

19

Suite 1100

Las Vegas, Nevada 89169

20

Tel:    (702) 784-5200

IT IS SO ORDERED this 30th day

Fax:    (702) 784-5252

21

of July, 2015.

22

***Attorneys for Defendants***

23

*Sprint Solutions, Inc., Nextel Finance Company,*

*Sprint United Management Company, Nextel of*

24

Peggy A. Leen

*California, Inc., Nextel Boost of California, LLC,*

United States Magistrate Judge

*and Nextel Communications, Inc.*

25

26

27

28

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 10-6(b) states that: "No attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." William H. Boice, Matthew M. Lubozynski, and K. James Sangston, who have appeared in this action, are no longer associated with Kilpatrick Townsend & Stockton LLC, the firm representing Defendants in this action, and Defendants accordingly seek to withdraw Messrs. Boice, Lubozynski, and Sangston as counsel of record.

All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system.  Additionally, pursuant to Local Rule 10-6(d), withdrawal will not cause any delay in the instant proceedings as Defendants will continue to be represented in this action by attorneys Steven D. Moore, Kristopher L. Reed, Christopher Schenck, and local counsel Greg Bower.

US2008 7232051 1

1

**CERTIFICATE OF SERVICE**

2

3
I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18)

4
years. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS'**

5
**MOTION TO WITHDRAW WILLIAM H. BOICE, MATTHEW M. LUBOZYNSKI, AND**

6
**K. JAMES SANGSTON AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS**

7
**AND AUTHORITIES IN SUPPORT** by the method indicated:

8

9
      XXX          by the Court's CM/ECF Program

10
      _____          by U. S. Mail

11
      _____          by Facsimile Transmission

12
      _____          by Electronic Mail

13
      _____          by Federal Express

14
      _____          by Hand Delivery

15

16

17
DATED: July 24, 2015          *s/ Christopher Schenck*

18
          Christopher Schenck

19

20

21

22

23

24

25

26

27

28

- 3 -