1   Reza Mirzaie (*Admitted Pro Hac Vice*)
    rmirzaie@raklaw.com
2   Marc A. Fenster (*Admitted Pro Hac Vice*)
    mfenster@raklaw.com
3   Adam S. Hoffman (*Admitted Pro Hac Vice*)
    ahoffman@raklaw.com
4   Shani M. Tutt (*Admitted Pro Hac Vice*)
    stutt@raklaw.com
5   Brian D. Ledahl (*Admitted Pro Hac Vice*)
    bledahl@raklaw.com
6   C. Jay Chung (*Admitted Pro Hac Vice*)
    jchung@raklaw.com
7   **RUSS, AUGUST & KABAT**
    12424 Wilshire Boulevard, 12th Floor
8   Los Angeles, California 90025
    Telephone: (310) 826-7474
9   Facsimile: (310) 826-6991

10  Mark Borghese (Nevada Bar No. 6231)
    mark@borgheselegal.com
11  **BORGHESE LEGAL, LTD.**
    10161 Park Run Drive, Suite 150
12  Las Vegas, NV 89145
    Telephone: (702) 382-0200
13  Facsimile: (702) 382-0212

14  Attorneys for Plaintiff/Counterdefendant,
    2-WAY COMPUTING, INC.
15
    Steven D. Moore (*Admitted Pro Hac Vice*)
16  smoore@kilpatricktownsend.com
    Kristopher L. Reed (*Admitted Pro Hac Vice*)
17  kreed@kilpatricktownsend.com
    Christopher Schenck (*Admitted Pro Hac Vice*)
18  cschenck@kilpatricktownsend.com
19  **KILPATRICK TOWNSEND & STOCKTON LLP**
    1100 Peachtree Street, Suite 2800
20  Atlanta, Georgia  30309-4528
    Telephone: (404) 815-6381
21  Facsimile: (404) 815-6555

22  Gregory A. Brower (Nevada Bar No. 5232)
    gbrower@swlaw.com
23  Kelly Dove (Nevada Bar No. 10569)
24  kdove@swlaw.com
    **SNELL & WILMER LLP**
25  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
26  Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
27
28  Attorneys for Defendants
    SPRINT SOLUTIONS, INC., NEXTEL FINANCE

COMPANY, SPRINT UNITED MANAGEMENT COMPANY, NEXTEL OF CALIFORNIA, INC., NEXTEL OF CALIFORNIA, INC., NEXTEL BOOST OF CALIFORNIA, LLC AND NEXTEL COMMUNICATIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation,<br>　　　　Plaintiff,<br>　　v.<br><br>NEXTEL FINANCE COMPANY, a Delaware corporation; SPRINT UNITED MANAGEMENT COMPANY, a Kansas corporation; SPRINT SOLUTIONS, INC., a Delaware corporation, NEXTEL OF CALIFORNIA, INC., a Delaware corporation, NEXTEL BOOST OF CALIFORNIA, LLC, a Delaware limited liability company, and NEXTEL COMMUNICATIONS, INC., a Delaware corporation,<br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:11-cv-00012-JCM-(PAL)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, 2-Way Computing, Inc., and Defendants, Nextel Finance Company, Sprint United Management Company, Sprint Solutions, Inc., Nextel of California, Inc., Nextel Boost of California, LLC, and Nextel Communications, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

DATED: October 27, 2015

| | |
|---|---|
| Reza Mirzaie<br>Marc A. Fenster<br>Adam S. Hoffman<br>Shani M. Tutt<br>Brian D. Ledahl<br>C. Jay Chung<br>**RUSS, AUGUST & KABAT**<br><br>Mark Borghese<br>**BORGHESE LEGAL, LTD.** | By: /s/Reza Mirzaie _____<br>Reza Mirzaie<br>Attorneys for Plaintiff/Counterdefendant,<br>2-WAY COMPUTING, INC. |
| Steven D. Moore<br>Kristopher L. Reed<br>Christopher Schenck<br>**KILPATRICK TOWNSEND &<br>STOCKTON LLP**<br><br>Gregory A. Brower<br>Kelly Dove<br>**SNELL & WILMER LLP** | By: /s/ Steven D. Moore _____<br>Steven D. Moore<br>Attorneys for Defendants<br>SPRINT SOLUTIONS, INC., NEXTEL<br>FINANCE COMPANY, SPRINT<br>UNITED MANAGEMENT COMPANY,<br>NEXTEL OF CALIFORNIA, INC.,<br>NEXTEL OF CALIFORNIA, INC.,<br>NEXTEL BOOST OF CALIFORNIA,<br>LLC AND NEXTEL<br>COMMUNICATIONS, INC |

**IT IS SO ORDERED**

Dated: October 28, 2015

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, I presented the within **STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the ECF system which will send notification to the following:

Gregory A. Brower
Chad R. Fears
Brian R. Reeve
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Steven D. Moore
Kristopher L. Reed
Christopher Schenck
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528

I declare under penalty of perjury that the foregoing statements are true and correct.

*/s/ Reza Mirzaie*
Reza Mirzaie